


EXHIBIT A